IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

FILED
2006 SEP 27 PM 12: 27
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | |
|---|---|
| JOHN DOE and JANE DOE, as the Natural Parents and Next Friends of Their Minor Child, JAMES DOE, ) ) ) ) | |
| Plaintiffs, ) ) | **3-06- 0924** |
| vs. ) | Civil Action No. _____ |
| ) | |
| THE WILSON COUNTY SCHOOL SYSTEM; DR. JIM DUNCAN, Director of Wilson County Schools; WENDELL MARLOWE, Principal of the Lakeview Elementary School; YVONNE SMITH, Assistant Principal of Lakeview Elementary School; and JANET ADAMSON, Teacher at Lakeview Elementary School, ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR LEAVE OF COURT
## TO FILE AFFIDAVIT UNDER SEAL

Plaintiffs move, through undersigned counsel, for leave of Court to file their Affidavit under seal. Plaintiffs have executed an Affidavit in which they disclose their identities as the Plaintiffs in the above-captioned matter. Undersigned counsel prepared this Affidavit on behalf of Plaintiffs in connection with and as support for their Motion for a Protective Order to be able to proceed in this matter without revealing their true identity.

Accordingly, Plaintiffs move this Court for leave to be able to file their affidavit under seal to protect their identities.

Respectfully submitted,

By: *[signature]*

Edmund J. Schmidt III, TN Bar #021313
1913 21st Avenue South
Nashville, Tennessee 37212
Phone: (615) 742-1775
Fax: (615) 742-1223

*VOLUNTEER AND COOPERATING ACLU ATTORNEY*

Susan Kay
Chair ACLU Legal Committee
131 21st Ave. South
Nashville, TN 37203-1120