IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED
IN CLERK'S OFFICE
SEP 27 2006
U.S. DISTRICT COURT
MID. DIST. TENN.

| | |
|---|---|
| JOHN DOE and JANE DOE, as the Natural Parents and Next Friends of Their Minor Child, JAMES DOE, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>THE WILSON COUNTY SCHOOL SYSTEM; DR. JIM DUNCAN, Director of Wilson County Schools; WENDELL MARLOWE, Principal of the Lakeview Elementary School; YVONNE SMITH, Assistant Principal of Lakeview Elementary School; and JANET ADAMSON, Teacher at Lakeview Elementary School, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Civil Action No. 3-06-0924<br><br>JUDGE ECHOLS |

ORDER (Docket Entry No. 3)

Considering the above and foregoing motion, it is and hereby ordered that the Plaintiffs in the above-referenced captioned matter be allowed to proceed without revealing their true identities for all of the reasons put forth in Plaintiffs' Supporting Memorandum.

So ORDERED this 27th day of September, 2006

Magistrate JUDGE, UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE