RECEIVED
IN CLERK'S OFFICE
SEP 27 2006
U.S. DISTRICT COURT
MID. DIST. TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE and JANE DOE, as the Natural Parents and Next Friends of Their Minor Child, JAMES DOE,<br><br>Plaintiffs,<br><br>vs.<br><br>THE WILSON COUNTY SCHOOL SYSTEM; DR. JIM DUNCAN, Director of Wilson County Schools; WENDELL MARLOWE, Principal of the Lakeview Elementary School; YVONNE SMITH, Assistant Principal of Lakeview Elementary School; and JANET ADAMSON, Teacher at Lakeview Elementary School,<br><br>Defendants. | Civil Action No. 3-06- 0924<br><br>JUDGE ECHOLS |

## ORDER (Docket Entry No. 5)

Considering the above and foregoing motion, it is and hereby ordered that the Plaintiffs in the above-referenced captioned matter be granted leave of Court to file their Affidavit under seal

So ORDERED this 27th day of September, 2006

Magistrate JUDGE, UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE