IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE and JANE DOE, as the Natural Parents and Next Friends of Their Minor Child, JAMES DOE,<br><br>  Plaintiffs,<br><br>vs.<br><br>THE WILSON COUNTY SCHOOL SYSTEM; JAMES M. DAVIS, Individually and as Director of Wilson County Schools; WENDELL MARLOWE, Principal of the Lakeview Elementary School; and JANET ADAMSON, Teacher at Lakeview Elementary School,<br><br>  Defendants,<br><br>DOUG GOLD, CHRISTY GOLD, JAMES WALKER and JENNIFER WALKER,<br><br>  Intervenor-Defendants. | CIVIL ACTION NO. 3:06-cv-00924<br><br>DISTRICT JUDGE ROBERT ECHOLS<br><br>MAGISTRATE JUDGE JOHN S. BRYANT |

## MOTION TO FILE DOCUMENTS UNDER SEAL

COME NOW Intervenor-Defendants Doug Gold, Christy Gold, James Walker and Jennifer Walker, by and through counsel, and pursuant to this Court's Order Granting Plaintiffs' Motion for Protective Order, dated September 27, 2006, and hereby request leave of Court to file the following documents <u>under seal</u> in support of their Motion for Summary Judgment:

1. Excerpts of deposition of Jane Doe, filed as Exhibit "N" to Intervenor-Defendants' Motion for Summary Judgment;

2. Excerpts of deposition of John Doe, filed as Exhibit "O" to Intervenor-Defendants' Motion for Summary Judgment.

Respectfully submitted,

| | |
|---|---|
| JONATHAN SCRUGGS | s/NATHAN W. KELLUM |
| TN Bar # 025679 | TN BAR #13482; MS BAR # 8813 |
| Alliance Defense Fund | Alliance Defense Fund |
| 699 Oakleaf Office Lane, Suite 107 | 699 Oakleaf Office Lane, Suite 107 |
| Memphis, TN 38117 | Memphis, TN 38117 |
| (901) 684-5485 telephone | (901) 684-5485 telephone |
| (901) 684-5499 – Fax | (901) 684-5499 – Fax |
| | |
| Attorney for Intervenor-Defendants | Attorney for Intervenor-Defendants |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing was made upon Filing Users through the Electronic Filing System, and a copy of same was mailed to any party who is not a Filing User or represented by a Filing User, this 1st day of October, 2007.

| | |
|---|---|
| Edmund J. Schmidt, III, Esq.<br>Law Offices of Smith & Schmidt<br>1913 21st Avenue, S<br>Nashville, TN 37212 | Susan Laurie Kay, Esq.<br>Vanderbilt Legal Clinic<br>131 21st Avenue, S<br>Nashville, TN 37203 |
| Winston N. Harless, Esq.<br>Lewis, King, Krieg & Waldrop, P.C.<br>201 Fourth Avenue, N, Suite 1500<br>Nashville, TN 37219-8615 | Larry L. Crain, Esq.<br>ACLJ<br>5214 Maryland Way, Suite 402<br>Brentwood, TN 37027 |
| Michael R. Jennings, Esq.<br>326 N. Cumberland St.<br>Lebanon, TN 37087 | Tricia R. Herzfeld<br>ACLU of TN<br>P.O. Box 120160<br>Nashville, TN 37212 |

s/Nathan W. Kellum