IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE and JANE DOE, as the Natural Parents and Next Friends of Their Minor Child, JAMES DOE, ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Civil Action No. 3:06-0924 |
| THE WILSON COUNTY SCHOOL SYSTEM, *et al.* ) ) ) | JURY DEMAND |
| ) ) | JUDGE ECHOLS |
| Defendants, ) ) | MAGISTRATE JUDGE BRYANT |
| DOUG GOLD, CHRISTY GOLD, JAMES WALKER and JENNIFER WALKER, ) ) ) ) | |
| Intervening Defendants. ) | |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Come now the Plaintiffs, by and through the undersigned counsel, and move this Court to file under seal the Deposition of Jane Doe (without attachments) and the Affidavit of Plaintiff Jane Doe (with attachments).

Respectfully Submitted,

By: s/Edmund J. Schmidt III
Edmund J. Schmidt III           #021313
1913 21st Avenue South
Nashville, Tennessee 37212
Phone:   (615) 742-1775
Fax:       (615) 742-1223

Susan L. Kay
Chair, ACLU Legal Committee
131 21st Avenue South
Nashville, TN 37203
Phone:   (615) 322-4151

Tricia Herzfeld
Staff Attorney
ACLU Foundation of Tennessee
P.O. Box 120160
Nashville, Tennessee 37212

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of October, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Winston N. Harless, Esq.<br>David A. Changas, Esq.<br>P.O. Box 198615<br>Nashville, TN 37219-8615 | Larry L. Crain, Esq.<br>Suite 402<br>5214 Maryland Way<br>Brentwood, TN 37027 |
| Michael R. Jennings, Esq.<br>326 North Cumberland Street<br>Lebanon, TN 37087 | Nathan W. Kellum, Esq.<br>699 Oakleaf Office Lane, Suite 107<br>Memphis, TN 38117 |
| Benjamin W. Bull<br>Alliance Defense Fund<br>15333 N. Prima Road, Suite 165<br>Scottsdale, AZ 85260 | |

s/Edmund J. Schmidt III<br>
Edmund J. Schmidt III