UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE and JANE DOE, as the Natural Parents and Next Friends of Their Minor Child, JAMES DOE,<br><br>Plaintiffs,<br><br>v.<br><br>THE WILSON COUNTY SCHOOL SYSTEM; DR. JIM DUNCAN, Individually and as Director of Wilson County Schools; WENDELL MARLOWE, Principal of the Lakeview Elementary School; YVONNE SMITH, Assistant Principal of Lakeview Elementary School; and JANET ADAMSON, Teacher at Lakeview Elementary School,<br><br>Defendants. | No. 3:06-0924<br>Judge Echols |

## **ORDER**

For the reasons explained in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendants' Motion For Summary Judgment (Docket Entry No. 73) is hereby DENIED.

(2) Intervenor-Defendants' Motion for Summary Judgment (Docket Entry No. 77) is hereby DENIED.

1

(3) This case will proceed to bench trial as previously scheduled at 9:00 a.m. on Tuesday, December 11, 2007.

IT IS SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE