UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:06-0924 |
| v. ) | Judge Echols |
| ) | |
| THE WILSON COUNTY SCHOOL ) | |
| SYSTEM, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Plaintiffs' Motion To Set Attorney's Fees (Docket Entry No. 136) is hereby GRANTED IN PART and DENIED IN PART.

The Motion is GRANTED in that the Court finds the Plaintiffs are prevailing parties and they are entitled to reasonable attorney's fees. The Motion is DENIED to the extent the Court finds that Plaintiffs are entitled to an attorney's fee award smaller than that requested.

Pursuant to 42 U.S.C. § 1988, Defendants shall pay Plaintiffs attorney's fees for Mr. Edmund J. Schmidt III in the amount of $90,258.00, and Defendants shall pay Plaintiffs attorney's fees for Ms. Tricia R. Herzfeld in the amount of $9,963.24, for a grand total of $100,221.24 in attorney's fees.

The Motion is also DENIED to the extent that Plaintiffs failed to comply with Local Rule 54.01(a) in seeking reimbursement for costs under 28 U.S.C. § 1920. They also did not justify separate litigation expenses that may be recoverable under 42 U.S.C. § 1988. Therefore, the current request for expense reimbursement is DENIED.

1

Plaintiffs may file, **no later than fourteen (14) days after entry of this Order** a motion seeking reimbursement (1) for allowable costs under 28 U.S.C. § 1920 and (2) allowable expenses under 42 U.S.C. § 1988.  The motion must include specific documentation of each expense for which reimbursement is requested in each category and must be supported by a legal memorandum justifying the relief sought.  Plaintiffs may not seek additional attorney's fees for preparing the motion, attachments, and legal memorandum.  If desired, Defendants may file a response **no later than seven (7) days after service of Plaintiff's motion.**  There shall be no reply.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE